UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:15-CR-182-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADAM COLEMAN | ORDER TO SEAL |

Upon motion of the Defendant, by and through counsel, it is hereby ORDERED that Docket Entry 20 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and the Federal Public Defenders Office.

This \_\_\_16\_\_\_ day of November 2015.

JAMES C. DEVER, III
Chief United States District Court Judge